**DENY; and Opinion Filed January 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00041-CV

## IN RE SHARON LAURIETTE, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07868**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

This petition for writ of mandamus arises in a case involving a mediated settlement agreement under sections 6.602 and 153.0071 of the Texas Family Code. Although the parties both moved for entry of judgment on the mediated settlement agreement, they disagree with respect to the circumstances under which the alimony payments agreed to in the mediated settlement agreement terminate and the extent to which the alimony payments are deductible by the payor and income to the payee for purposes of federal income tax liability. Thus, the terms of the proposed judgments the parties submitted to the trial court vary. Relator requests that the Court order the trial court to grant her motion for entry of judgment on the mediated settlement agreement.

Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). On the record before us, we have no basis for concluding that at this point in the proceeding the trial court has clearly abused its discretion. Accordingly, relator has failed to establish a right to relief. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150041F.P05